BANKERS TRUST COMPANY, EXECUTOR, ET AL. *v.*
ZONING BOARD OF APPEALS OF THE
TOWN OF WESTON

The petition for certification by the petitioners Joseph H. Wertheim et al. for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Mark A. Weinstein,* in support of the petition.

*Anthony M. MacLeod,* in opposition.